**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

TARNASHIA MOORE,

Plaintiff,

v.

GEORGIA EYE INSTITUTE OF THE SOUTHEAST, LLC,

Defendant.

CIVIL ACTION NO.: 4:25-cv-284

**O R D E R**

On August 28, 2026, the Court administratively closed this action as the parties had alerted the Court that they had reached a settlement of this matter. (Doc. 22.) The Court provided the parties with forty-five days to present, if they so desired, a dismissal judgment incorporating the terms of their settlement so that the Court could retain jurisdiction to enforce the agreement or to instead simply file a joint stipulation of dismissal. (Id.) The Court advised that if the parties failed to file a dismissal or to move to reopen the case within the forty-five-day deadline, the Court would *sua sponte* dismiss the case with prejudice. The forty-five-day period has passed and the parties have not filed anything with the Court. Accordingly, the Court **DISMISSES** this case **WITH PREJUDICE**. The Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** all pending motions, and **CLOSE** this case.

**SO ORDERED**, this 15th day of October, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA